IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | |
|     JASON MICHAEL NICHOLS, ) | Case No.  10-14001-SAH |
|     STAFONA LEE ANN NICHOLS, ) | |
| ) | Ch. 7 |
|     Debtors. ) | |

**TRUSTEE'S REPORT OF UNCLAIMED FUNDS**

COMES NOW, LYLE R. NELSON, Trustee, of the above-captioned bankruptcy matter, pursuant to Rule 3010 Fed. R. Bankr. P. and reports to the Court Clerk the following are dividends in an amount under $5.00 and should be treated in the same manner as unclaimed funds.

| **CLAIMANT** | **AMOUNT** |
|---|---|
| Claim No. 6 | $1.04 |
| Noel R. Williams MD FACOG | |
| Claim No. 8 | $1.81 |
| Dr. Robert Gordon | |
| Claim No. 10 | $1.09 |
| Mercy Health Network | |
| Total | $3.94 |

The check made payable to the U.S. Bankruptcy Court in the total amount of $3.94, will be deposited with the clerk into unclaimed funds.

DATE: June 7, 2011

s/ Lyle Nelson
Lyle R. Nelson, OBA#10914
Two Leadership Square
211 N. Robinson, Suite 1300
Oklahoma City, OK  73102
(405) 232-4021 Phone/(405) 232-3746 Fax
TRUSTEE

CERTIFICATE OF SERVICE

    I hereby certify that on the 15th day of June, 2011, a true and correct copy of the Trustee's Report of Unclaimed Funds was electronically served upon the following using the Court's CM/ECF system:

U.S. Trustee
Attorney Deborah L. Brooks

    Further, I certify that on the 15thday of June, 2011, a true and correct copy of the Trustee's Report of Unclaimed Funds was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the addresses shown below:

Noel R. Williams MD, FACOG
PO BOX 1998
Oklahoma City, OK 73101

Dr. Robert Gordon
4200 W Memorial Rd Ste 805
Oklahoma City, OK 73120-8359

Mercy Health Network
Dewey Scheild-Mercy After Hours Yukon
4401 W. Memorial Ste 140
Oklahoma City, OK 73134

                                                                                s/ Lyle Nelson
                                                                                Lyle R. Nelson